FILED
CLERK, U.S. DISTRICT COURT
JUN 3 0 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PATTERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, A MUNICIPAL CORPORATION; JIM MCDONNELL, INDIVIDUALLY AND AS CHIEF OF POLICE FOR THE CITY OF LONG BEACH; and DOES 1 to 10, INCLUSIVE,<br><br>    Defendants. | Case No.: CV13-00807 FFM<br><br>Honorable Frederick F. Mumm<br>Magistrate Judge<br>Courtroom E – 9th Floor<br>312 N. Spring Street, Los Angeles<br><br>[~~PROPOSED~~] JUDGMENT FOLLOWING JURY VERDICT |

    PLEASE TAKE NOTICE that on June 3-5, 2014, in the above entitled court, the Honorable Frederick F. Mumm, Magistrate Judge presiding, the above-captioned matter was tried before a jury. On June 5, 2014, the jury returned a verdict in favor of Defendant, OFFICER RANDALL BEACH, and against Plaintiff, NANCY PATTERSON.

    Following the verdict, on defense motion - and because the jury found no constitutional violation by OFFICER RANDALL BEACH - the Court dismissed with prejudice plaintiff's *Monell* claim against the CITY OF LONG BEACH.

///

1

[~~PROPOSED~~] JUDGMENT FOLLOWING JURY VERDICT

1  ///
2
3           Following the jury's verdict, and good cause appearing, the Court now
4  orders that Judgment upon the verdict in favor OFFICER RANDALL BEACH be
5  entered; and further orders an award of costs of suit following timely filing of a Bill
6  of Costs.
7  ///
8  DATED: _____June 30_____, 2014.
9
10                                              _____
11                                              FREDERICK F. MUMM
                                                United States District Magistrate Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28