1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

NANCY PATTERSON,

12

              Plaintiff,

13

     vs.

14

CITY OF LONG BEACH, A
MUNICIPAL CORPORATION; JIM

15

MCDONNELL, INDIVIDUALLY AND
AS CHIEF OF POLICE FOR THE CITY

16

OF LONG BEACH; and DOES 1 TO 10,
INCLUSIVE,

17

18

            Defendants.

19

Case No.:  CV13-00807 FFM

Honorable Frederick F. Mumm, Judge
Courtroom E – 9th Floor
312 N. Spring Street, Los Angeles

**[PROPOSED] ORDER**

20

GOOD CAUSE APPEARING:

21

IT IS HEREBY ORDERED:

22

      1.  The judgment entered on June 30, 2014, is vacated;

23

    And 2.  The case is dismissed with prejudice.

24

25

26

DATED:  June 30, 2014      /S/ FREDERICK F. MUMM

27

                    FREDERICK F. MUMM, JUDGE
                    UNITED STATES DISTRICT COURT

28

1